UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHARMACY CORPORATION OF
AMERICA,

    Plaintiff,

v.      Case No: 6:20-cv-1311-Orl-37DCI

UNIVERSITY CENTER WEST
OPERATING, LLC and UNIVERSITY
CENTER EAST OPERATING, LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 17) filed August 19, 2020. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 25, 2020.



ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record